**Opinion issued May 28, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00106-CV

_____

**NASSER EDLIBI AND RANIA EDLIBI, Appellants**

**V.**

**PARK OAKS GROUP, LLC, Appellee**

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1260027**

## MEMORANDUM OPINION

Appellants Nasser Edlibi and Rania Edlibi failed to file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a). On May 4, 2026, the Clerk of this Court notified Appellants that their appellate brief was past due, and their appeal was subject to dismissal. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We directed Appellants to file their brief

and a motion requesting an extension to file the brief within 10 days of our notice. Appellants did not respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to file a brief. *See* TEX. R. APP. P. 38.8(a), 42.3(b)–(c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.